UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-10427-PBS |
| ) | |
| JUSTIN FICKEN, ) | |
| Defendant. ) | |

**PROCEDURAL ORDER**

Saris, U.S.D.J.

On February 29, 2008, the government filed a listing of funds through which market timing trades were made. I currently have interests in either money market or mutual funds related to the following fund complexes: Federated, PIMCO, UBS, American Funds, Wells Fargo, State Street, and Strong. I don't have interests in any of the hedge funds or banks listed.

I don't understand the allegations well enough to determine whether I should recuse. If the funds are alleged "victims", I am not required to recuse under Canon 3C(1)(c), as recently construed. See attached. If any party takes the position I should recuse myself, it should file a motion and I will consider the matter. Any such motion should be filed within 14 work days.

**S/PATTI B. SARIS**
United States District Judge